IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

KIM HOLLOWAY,                )
                             )
            Plaintiff,       )
                             )
v.                           )     Case No.  10-CV-4139-JAR/JPO
                             )
NESIKA ENERGY, LLC,          )
                             )
            Defendant.       )
                             )

JOINT STIPULATION OF DISMISSAL

COME NOW the Parties and hereby stipulate to the dismissal with prejudice of this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Respectfully submitted,

By:   /s/ Nathanael Berg
Nathanael Berg, #22204
HAMPTON & ROYCE, L.C.
119 W. Iron, Ninth Floor
P.O. Box 1247
Salina, KS  67402-1247
Phone:  (785) 827-7251
Fax:     (785) 827-2815
*Attorney for Plaintiff*

By:   /s/Brenda L. Head
Brenda L. Head, #15657
FRIEDEN, UNREIN, FORBES & BIGGS LLP
555 S. Kansas Ave., Suite 303
P.O. Box 639
Topeka, Kansas  66601-0639
Phone: (785) 354-1100
Fax:     (785) 354-1113
E-mail:  bhead@fufblaw.com
*Attorney for NESIKA*

## CERTIFICATE OF SERVICE

  I hereby certify that on May 6, 2011, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to:

  Brenda L. Head

  I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CV/EMF participants:

  None.


          /s/ Nathanael Berg_____
         Nathanael Berg, #22204
         Attorney for Plaintiff